**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM KELLY,<br><br>        Plaintiff,<br>   v.<br>CITY OF LOS ANGELES; MICHAEL MORIARITY; PHILLIP TINGRIDES; WILLIAM BRATTON; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:11-cv-07425-ODW(JEM)<br><br>**JUDGMENT** |

In accordance with the Court's findings of fact and conclusions of law, and the Court's October 25, 2012 Order (ECF No. 75), **IT IS HEREBY ORDERED**:

1. Plaintiff William Kelly takes nothing;
2. Judgment for Defendant City of Los Angeles.

The Clerk of Court shall close this case

October 25, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**